AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 28 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

for the

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **ALFRED LEOTIS RODGERS** | ) | Case No:  4:92CR00090-05 JLH |
| | ) | USM No:  21031-077 |
| Date of Previous Judgment:  April 29, 1993 | ) | Herbert T. Wright, Jr. - appointed on March 14, 2008 |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____**LIFE**_____ months **is reduced to**   **360 MONTHS** .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____44_____ | Amended Offense Level: _____42_____ |
| Criminal History Category: _____I_____ | Criminal History Category: _____I_____ |
| Previous Guideline Range: _LIFE_ to _LIFE_ months | Amended Guideline Range: _360_ to _LIFE_ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _April 29, 1993_ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  _July 28, 2008_

_____
Judge's signature

Effective Date:  _July 28, 2008_
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title