Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA
V.

ALFRED RODGERS

Case Number:   4:92CR00090-05-JLH
USM Number:   21031-077

**Date of Original Judgment:**   April 29, 1993

**Date of Previous Amended Judgment:** July 28, 2008     N/A
*(Use Date of Last Amended Judgment if Any)*              Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of
     360 months **is reduced to 292 months.**

Except as provided above, all provisions of the judgment dated April 29, 1993 will remain in effect.

**IT IS SO ORDERED.**

Order Date: Nov. 5, 2014

_____
United States District Judge

Effective Date: November 1, 2015
       *(If different from order date)*